703 A.2d 16

**Cosmo S. GENIVIVA, Jr., Executor of the Estate of Helen U. Geniviva, and individually, Respondent,**

v.

**Nick A. FRISK, Jr., Petitioner.**

**No. 0273 W.D. Allocatur Docket 1997.**

Supreme Court of Pennsylvania.

Nov. 20, 1997.

Frank G. Verterano, New Castle, for petitioner.

PER CURIAM.

AND NOW, this 20th day of November, 1997, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the Superior Court erred in quashing as interlocutory an appeal from an order of the trial court rejecting a settlement between the estate of a deceased person and another because it failed to meet the requirements of 20 Pa.C.S. Subsection 3323.